THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09-cr-106-LSC |
| | ) | [wo] |
| DEON TERESE NELMS | ) | |

## ORDER

On September 25, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. 51) to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 51) is hereby ADOPTED, and

2. The defendant's *Motion to Sever* (Doc. 34) is hereby DENIED.

Done this 14th day of October 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671